JOHN F. DAUM, DEFENDANT IN ERROR, v. NORTH JERSEY STREET RAILWAY COMPANY, PLAINTIFF IN ERROR.

Submitted December 8, 1903—Decided February 29, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Vredenburgh, Wall & Van Winkle.*

For the defendant in error, *Simpson & Lillis.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Chief Justice Gummere in that court, reported in 40 *Vroom* 1.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, HENDRICKSON, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 10.

*For reversal*—None.